UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN RUSHING,<br><br>                    Plaintiff,<br><br>       -against-<br><br>GREEN DOT,<br><br>                    Defendant. | 1:21-CV-9794 (LTS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued December 20, 2021, dismissing this action for failure to state a claim on which relief may granted,

      IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 20, 2021
             New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                             Chief United States District Judge